LaRay J. Benton
LJB Enterprises, LLC

    Plaintiffs

    V.

Daniel Colton, et al

    Defendants

U.S. District Court
District of Maryland
(Greenbelt)

Case #: PX-17-CV-02588



2017 SEP 27 PM 2:50

Dear Judge Xinis,

As advised by my attorney, Mr. Manotti Jenkins, Esq., I wish to formally withdraw my complaint from the federal court, and refile the case appropriately in the U.S. Circuit Court for Prince George's County, Maryland. The basis for my request is simply that my attorney has determined that the majority of my claims are Maryland State law claims w/o any viable Federal Questions to be adjudicated in the Federal Courts. As such, I have determined that filing my complaint in State Court is the most appropriate venue for this case to be adjudicated. Therefore, I humbly request that the court allows me to withdraw my case here, issue me a full refund of my $400 filing fee, and allow me to adjudicate this case in State Court in the best interest of justice.

Sincerely,

LaRay J. Benton, President & CEO
LJB Enterprises, LLC.

9/27/17