**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **LJB ENTERPRISES, LLC** | * | |
| **LaRAY J. BENTON,** | | |
| | * | |
| **Plaintiffs,** | | |
| **v.** | * | **Civil Action No. PX-17-2588** |
| | | |
| **DANIEL "DANNY" COLTON, et al.,** | * | |
| | | |
| **Defendants.** | * | |
| | * * * | |

## ORDER

On September 6, 2017, LaRay J. Benton filed this action on behalf of himself and LBJ Enterprises, LLC ("Plaintiff"). ECF No. 1. On September 27, 2017, Plaintiff requested to withdraw his Complaint because he has recently learned that most of his claims are best adjudicated in state court. ECF No. 9. Plaintiff also requests that this Court reimburse the $400 filing fee. *Id.* Summonses have not been issued and no defendants have entered their appearances.

Because Plaintiff is voluntarily seeking to withdraw his own Complaint, the court construes his motion as arising under Rule 41(a) of the Federal Rules of Civil Procedure. Rule 41(a) provides that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As such, no Court order is needed. Nevertheless, the Court will recognize Plaintiff's motion to voluntarily withdraw the Complaint and dismiss without prejudice. Because the pending motion was entered promptly and at the preliminary stage of the proceeding, the Clerk is directed to return Plaintiff's filing fee of $400.

Accordingly, it is this 29th day of September, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Voluntary Dismissal is GRANTED without prejudice;

2. The Clerk is ORDERED to return the filing fee;

3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and

4. The Clerk shall CLOSE this case.

 9/29/2017                                                                    /S/                        
Date                                                          Paula Xinis
                                                             United States District Judge